

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00079-CV

| | | |
|---|---|---|
| Larry Joe Morgan | § | From the 342nd District Court |
| | § | of Tarrant County (342-285895-16) |
| v. | § | May 24, 2018 |
| Benson Varghese | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr